```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )
12          Plaintiff,           )   NO. 2:12-MJ-123 CKD
                                )
13     v.                       )   APPLICATION AND ORDER
                                )   FOR UNSEALING COMPLAINT
14  DANIEL HARRISON McGRATH,    )
                                )
15          Defendant.          )
    _____)
16
17       On May 11, 2012, the complaint was filed in the above-
18  referenced case.  Since the defendant has now been arrested, it is
19  no longer necessary for the complaint to be sealed.  The government
20  respectfully requests that the complaint and this case be unsealed.
21  DATED: May 11, 2012                   Respectfully submitted,
22                                        BENJAMIN B. WAGNER
                                          United States Attorney
23
24                                        By:/s/ Kyle F. Rearson
                                             KYLE F. REARDON
25                                           Assistant U.S. Attorney
26
27
28
```

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )   NO. 2:12-MJ-123 CKD
                                )
13    v.                         )   ORDER
                                )   FOR UNSEALING COMPLAINT
14 DANIEL HARRISON McGRATH,     )
                                )
15         Defendant.            )
   _____)
16

17     The government's request to unseal the Complaint and this case

18 is GRANTED.

19 SO ORDERED:

20 DATED: May 11, 2012              /s/ Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
21                                  U.S. Magistrate Judge

22

23

24

25

26

27

28